UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-21213-CIV-ALTONAGA/Torres

**CONGREGATION 3401 PRAIRIE
BAIS YESHAYA D'KERESTIR, INC.**,

    Plaintiff,
v.

**CITY OF MIAMI BEACH**,

    Defendant.
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

The parties have advised that they have amicably settled this matter. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation for dismissal with the Court within forty-five (45) days of the date of this Order.

2. If the parties fail to complete the expected settlement, either party may request the Court to reopen the case.

3. The Clerk shall **CLOSE** this case for administrative purposes only. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 2nd day of June, 2023.

_____
**CECILIA M. ALTONAGA
CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record